Paul L. GLOVER, Petitioner–
Appellant,

v.

UNITED STATES of America,
Respondent–Appellee.

No. 98–4021.

United States Court of Appeals,
Seventh Circuit.

Submitted Feb. 8, 2001.

Decided March 13, 2001.

Before MANION, KANNE, and
DIANE P. WOOD, Circuit Judges.

ORDER

The Supreme Court having reversed the judgment of this Court and remanded this case for reconsideration in light of its opinion in *Glover v. United States*, 531 U.S. 198, 121 S.Ct. 696, 148 L.Ed.2d 604 (2001); it is hereby ORDERED that this case is the District Court for further proceedings consistent with the aforesaid Supreme Court opinion.

Because of the possibility of mootness, the District Court should expedite its reconsideration.